UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STEWART SMITH**, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>**RAPID RESPONSE MONITORING SERVICES INCORPORATED**,<br><br>                              Defendant. | Case No. 5:20-CV-202 [TJM/ATB]<br><br>**NOTICE OF MOTION FOR PRO HAC VICE ADMISSION OF PATRICK H. PELUSO** |

    Pursuant to Rule 83.1 of the Local Rules of the United States District Court for the Northern District of New York, the undersigned hereby moves this Court for an Order for the admission of Patrick H. Peluso ("Petitioner") to practice *pro hac vice* to appear as counsel for Stewart Smith in the above-captioned action. This motion is supported by the attached Declaration of Sponsor, Applicant's Petition for Admission to Practice, Certificate of Good Standing, Attorney E-Filing Registration Form & Oath of Admission and Proposed Order.

    Furthermore, Petitioner is in good standing of the bar of the State of Colorado and there are no pending disciplinary proceedings against him in any state or federal court.

Dated: March 3, 2020

                                                                         Respectfully submitted,

                                                                         */s/ James R. Peluso*

                                                                         James R. Peluso (Bar Roll # 105634)
                                                                         Dreyer Boyajian LLP
                                                                         *Attorneys for Plaintiff*
                                                                         75 Columbia Street
                                                                         Albany, New York 12210
                                                                         Telephone: (518) 463-7784