**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**STEWART SMITH**, individually and on
behalf of all others similarly situated,

                            Plaintiff,

v.

**RAPID RESPONSE MONITORING**
**SERVICES INCORPORATED**,

                          Defendant.

Case No. 5:20-CV-202 [TJM/ATB]

**DECLARATION OF SPONSOR**

---

**DECLARATION IN SUPPORT OF MOTION FOR**
**ADMISSION PRO HAC VICE OF PATRICK H. PELUSO**

James R. Peluso, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.      I am an attorney associated with the law firm of Dreyer Boyajian LLP, and am a member in good standing with the United States District Court for the Northern District of New York.  My NYND Bar Roll Number is:  105634.

2.      I make this declaration in support of the admission of Patrick H. Peluso of the law firm Woodrow & Peluso LLC.

3.      I have known Patrick H. Peluso since February 17, 2020, and find him to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: March 3, 2020

_____
JAMES R. PELUSO