# SUPREME COURT



## State of Colorado,

STATE OF COLORADO, ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Patrick Harry Peluso**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **3rd** day of **November** A. D. **2014** and that at the date hereof the said **Patrick Harry Peluso** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **22nd** day of **January** A. D. **2020**

**Cheryl Stevens**
Clerk

By _[signature]_
Deputy Clerk