**United States District Court**
**Northern District of New York**

**NEW ATTORNEY E-FILING REGISTRATION FORM**

*Enter your full name, as it will appear on your official Admission Certificate. Select your method of admission and enter the required information. Complete and sign the Oath on Admission.*

NAME: Patrick    H    Peluso
         First    Middle    Last

☐ Sr.    ☐ Jr.
☐ II     ☐ III

☐ **STANDARD ADMISSION**  see L.R. 83.1(b)
Applicants who are not admitted to practice in the Federal Courts of New York.

☐ **RECIPROCAL ADMISSION**  see L.R. 83.1(c)
A member in good standing of the bar of the U.S. District Court for the Eastern, Western or Southern District of New York. [DECLARATION OF SPONSOR NOT REQUIRED]

● **PRO HAC VICE ADMISSION**  see L.R. 83.1(d)
Motion for Limited Admission Pro Hac Vice in       5:20-cv-00202-TJM-ATB
Applicant required to file a Pro Hac Vice access request in PACER.    (case number)

Email address  ppeluso@woodrowpeluso.com

☐ **FEDERAL GOVERNMENT ADMISSION**  see L.R. 83.1(e)
  ☐ Attorney appointed under 28 U.S.C. Section 541-543, or employed by the U.S. Government, who is admitted to practice in other Federal Districts
  ☐ Attorney in the employ of the United States Government who is **not** admitted in other Federal Districts [CERTIFICATE OF GOOD STANDING REQUIRED]

☐ **SPECIAL ADMISSION CEREMONY** scheduled on    /    /    in           , NY.
Sponsored by the Federal Court Bar Association. [ORDER & DECLARATION OF SPONSOR NOT REQUIRED]

☐ **BIENNIAL READMISSION TO THE NORTHERN DISTRICT OF NEW YORK IN ACCORDANCE WITH LOCAL RULE 83.1(a)5.**

**Oath on Admission**

I,    Patrick H. Peluso    , do solemnly swear (or affirm) that as an attorney and counselor of this Court, I will conduct myself uprightly and according to law and that I will support the Constitution of the United States.

Dated:   3 / 2 / 2020

*/s/ Patrick H. Peluso*
*Attorney Signature*