**UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN THE MATTER OF THE APPLICATION OF** | ) | |
| | ) | |
| PATRICK H. PELUSO | ) | **ORDER** |
| | ) | |
| | ) | |
| **TO BE ADMITTED TO THE UNITED STATES** | ) | |
| **DISTRICT COURT FOR THE NORTHERN** | ) | |
| **DISTRICT OF NEW YORK** | ) | |

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, PATRICK H. PELUSO is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of : ______________________________.

IT IS SO ORDERED

Dated : ______________________

______________________________
☐ U.S. District Judge
☐ U.S. Magistrate Judge