AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| Stewart Smith, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:20-cv-00202-TJM-ATB |
| Rapid Response Monitoring Services Incorporated | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Stewart Smith and the proposed Class.

Date: 03/04/2020

/s/ Patrick H. Peluso
*Attorney's signature*

Patrick H. Peluso, Colo. Bar #47642 (pro hac vice)
*Printed name and bar number*

3900 E. Mexico Ave., Suite 300
Denver, CO 80210
*Address*

ppeluso@woodrowpeluso.com
*E-mail address*

(720) 213-0676
*Telephone number*

(303) 927-0809
*FAX number*