UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEWART SMTIH, individually and on Behalf of all others similarly situated, | : : : : |
| Plaintiff, | : : |
| vs. | : : : |
| RAPID RESPONSE MONITORING SERVICES INCORPORATED, | : : : |
| Defendant. | : : |

CIVIL ACTION NO. 5:20-CV-202-TJM/ATB

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Stewart Smith and Defendant Rapid Response Monitoring Services Inc., that, pursuant to Fed R. Civ. P. 41(a)(1)(ii), Plaintiff's individual claims against Defendant shall be dismissed with prejudice, with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice, with each party bearing its own costs. No party hereto is an infant or incompetent. This stipulation of dismissal disposes of the entire action.

Dated: April 15, 2021

/s/ Patrick H. Peluso
Patrick H. Peluso
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Attorneys for Plaintiff*

/s/ Samantha L. Southall
Samantha L. Southall (Bar Roll # 513990)
samantha.southall@bipc.com
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th Street
Philadelphia, PA 19102
Tel. (215) 665-8700
*Attorneys for Defendant*

**SO ORDERED:**  4/19/2021

_Thomas J. McAvoy_
U.S.D.J.